# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1521MN

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Jose Isabel Mansanares, also known as | * | of Minnesota. |
| Jose Isabel Mansanares Maldanado, | * | |
| also known as Macrino Gutierrez | * | [UNPUBLISHED] |
| Mansanares, also known as Jose Isabel | * | |
| Mansares, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: June 9, 1998
Filed: June 15, 1998

_____

Before FAGG, BRIGHT, and BEAM, Circuit Judges.

_____

PER CURIAM.

Jose Isabel Mansanares appeals his conviction and sentence for possession of cocaine with intent to distribute. Mansanares challenges the seizure of drug-related evidence that was discovered when his apartment was searched under an anticipatory warrant. Mansanares also contends the district court improperly calculated the drug quantity attributable to Mansanares for sentencing purposes. After a careful review of the record and the parties' briefs, we reject Mansanares's arguments and conclude that

an opinion by this court will have no precedential value.  We thus affirm Mansanares's conviction and sentence without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.